181 So.2d 397

**STATE of Louisiana**

**v.**

**Jack Ralston Beans JOHNSON.**

**No. 48026.**

Supreme Court of Louisiana.

Jan. 13, 1966.

In re: Jack Ralston Beans Johnson applying for certiorari, mandamus and prohibition.

The application is denied. The showing made does not justify the exercise of our supervisory jurisdiction, by, at this time, granting the relief prayed for.

181 So.2d 397

**STATE of Louisiana**

**v.**

**Ray CALLOWAY.**

**No. 48025.**

Jan. 14, 1966.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

The application is denied. On the showing made we are not justified in exercising our supervisory jurisdiction; however, the State is reserved the right to submit further

evidence as a predicate for the admissibility of the confession; as well as rebut any evidence offered by the defendant, and to show all the facts surrounding the giving of the confession. In the event of an adverse ruling as to the admissibility of the confession the State is reserved the right to renew its application.

HAMITER, J., is of the opinion that the relief prayed for by the State should be granted.

McCALEB, J., concurs in the rulings, except in the reservation to the State to renew its application to this Court in the event the trial judge excludes the confession.

SUMMERS, J., is of the opinion that the writ should be granted.